## Commonwealth *v.* Lucas, Appellant.

Submitted November 15, 1972. *Robert D. Hain,* for appellant; *R. Gordon Kennedy,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The order of the court below is reversed and the record remanded for a hearing on the issues raised by the original or an amended post-conviction petition.

## Commonwealth *v.* Martin, Appellant.

Argued November 16, 1972. *Stephen H. Hutzelman,* for appellant; *Charles D. Agresti* and *Daniel J. Kuhn,* Assistant District Attorneys, and *R. Gordon Kennedy,* District Attorney, submitted a brief, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, J., absent.